IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HON LAU,

        Plaintiff,        1: 09 CV 00022 WMW PC

   vs.                      ORDER RE MOTION (DOC 10)

DERRAL ADAMS,

        Defendant.

Plaintiff has filed a motion for leave to file an amended complaint. There has been no service of process, and Defendant has not entered an appearance. The motion should therefore be granted pursuant to Federal Rule of Civil Procedure 15(a).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to file an amended complaint is granted. The first amended complaint is due filed within thirty days of the date of service of this order.

IT IS SO ORDERED.

**Dated:   April 8, 2009**                /s/ William M. Wunderlich
                                                   UNITED STATES MAGISTRATE JUDGE